IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re Application of                :
                                    :
ZURU LLC and ZURU INC.,             :   C.A. No. 1:22-mc-00303-CFC
                                    :
              Petitioners.          :
                                    :

## ORDER

Upon the Application for the Issuance of Subpoenas Ad Testificandum and Subpoenas Duces Tecum Pursuant to 35 U.S.C. § 24 to nine (9) movie and television show distributors that are incorporated in Delaware, including in particular: A&E Television Networks, LLC; Fox Corporation; Lions Gate Entertainment Inc.; Mandate Pictures, LLC; NBCUniversal Media, LLC; Studio Distribution Services LLC; The Walt Disney Company; Walden Media LLC; Warner Bros. Discovery, Inc., which revised Application was filed by Zuru LLC and Zuru Inc., Petitioners (the "Revised Application"), it is hereby:

ORDERED that the Revised Application is GRANTED, and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Produce Documents attached as Exhibit A to the Revised Application and provide said executed copy to counsel for the Petitioners, Zuru LLC and Zuru Inc., for service on A&E Television Networks, LLC, and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Testify at a Deposition attached as Exhibit B to the Revised Application and provide said executed copy to counsel for the Petitioners, Zuru LLC and Zuru Inc., for service on A&E Television Networks, LLC., and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Produce Documents attached as Exhibit C to the Revised Application and provide said executed copy to counsel for the Petitioners, Zuru LLC and Zuru Inc., for service on the Fox Corporation, and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Testify at a Deposition attached as Exhibit D to the Revised Application and provide said executed copy to counsel for the Petitioners, Zuru LLC and Zuru Inc., for service on the Fox Corporation, and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Produce Documents attached as Exhibit E to the Revised Application and provide said executed copy to counsel for the Petitioners, Zuru LLC and Zuru Inc., for service on Lions Gate Entertainment Inc., and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Testify at a Deposition attached as Exhibit F to the Revised Application and provide said executed copy to counsel for the Petitioners, Zuru LLC and Zuru Inc., for service on Lions Gate Entertainment Inc., and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Produce Documents attached as Exhibit G to the Revised Application and provide said executed copy to counsel for the Petitioners, Zuru LLC and Zuru Inc., for service on Mandate Pictures, LLC, and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Testify at a Deposition attached as Exhibit H to the Revised Application and provide said executed copy to counsel for the Petitioners, Zuru LLC and Zuru Inc., for service on Mandate Pictures, LLC, and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Produce Documents attached as Exhibit I to the Revised Application and provide said executed copy to counsel for the Petitioners, Zuru LLC and Zuru Inc., for service on NBCUniversal Media, LLC, and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Testify at a Deposition attached as Exhibit J to the Revised Application and provide said executed copy to counsel for the Petitioners, Zuru LLC and Zuru Inc., for service on NBCUniversal Media, LLC, and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Produce Documents attached as Exhibit K to the Revised Application and provide said executed copy to counsel for the Petitioners, Zuru LLC and Zuru Inc., for service on Studio Distribution Services LLC, and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Testify at a Deposition attached as Exhibit L to the Revised Application and provide said executed copy to counsel for the Petitioners, Zuru LLC and Zuru Inc., for service on Studio Distribution Services LLC, LLC, and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Produce Documents attached as Exhibit M to the Revised Application and provide said executed copy to counsel for the Petitioners, Zuru LLC and Zuru Inc., for service on The Walt Disney Company, and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Testify at a Deposition attached as Exhibit N to the Revised Application and provide said executed copy to counsel for the Petitioners, Zuru LLC and Zuru Inc., for service on The Walt Disney Company, and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Produce Documents attached as Exhibit O to the Revised Application and provide said executed copy to counsel for the Petitioners, Zuru LLC and Zuru Inc., for service on Walden Media, LLC, and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Testify at a Deposition attached as Exhibit P to the Revised Application and provide said executed copy to counsel for the Petitioners, Zuru LLC and Zuru Inc., for service on Walden Media, LLC, and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Produce Documents attached as Exhibit Q to the Revised Application and provide said executed copy to counsel for the Petitioners, Zuru LLC and Zuru Inc., for service on Warner Bros. Discovery, Inc., and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Testify at a Deposition attached as Exhibit R to the Revised Application and provide said executed copy to counsel for the Petitioners, Zuru LLC and Zuru Inc., for service on Warner Bros. Discovery, Inc.

SO ORDERED this 16th day of August, 2022.

_____
United States District Judge